O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-5954-AHM (JCGx) | Date | November 29, 2010 |
|---|---|---|---|
| Title | REPARATA MAZZOLA v. ROOMSTER CORP., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Reza Sina | Raymond B. Kim | |

**Proceedings:** DEFENDANTS' MOTION TO DISMISS [8] (non-evidentiary)

Court circulates tentative order and hears oral argument. For reasons stated on the record, the Court denies the motion to dismiss. After questioning counsel, the Court is inclined to transfer this case to the Southern District of New York.

| | : | 07 |
|---|---|---|
| | Initials of Preparer | SMO |